IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIEN L. FRAZIER,<br><br>Plaintiff,<br><br>- vs -<br><br>COLLECTION TECHNOLOGY, INC.,<br><br>Defendant. | Civil Action No.:<br>1:14-cv-00709-WDQ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Erin L. Frazier and Defendant, Collection Technology, Inc. hereby stipulate to the dismissal of the above-captioned suit with prejudice. Each party shall bear its own costs and fees.

Dated: May 1, 2014                                    Respectfully submitted,

_____                          _____
Erien F. Frazier                                            Andrew J. Narod (Bar No. 29738)
P.O. Box 25                                                 LeClairRyan, a Professional Corporation
Hagerstown, MD 21740                              2318 Mill Road, Suite 1100
(410) 262-8690 (phone)                              Alexandria, VA 22314
erienfrazier@gmail.com                              (703) 647-5935 (phone)
                                                                    (703) 647-5959 (facsimile)
*Pro Se Plaintiff*                                          andrew.narod@leclairryan.com

                                                                    *Counsel for Collection Technology, Inc.*