# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ERIEN L. FRAZIER,

    Plaintiff,

- vs -

COLLECTION TECHNOLOGY, INC.,

    Defendant.

Civil Action No.:
1:14-cv-00709-WDQ

"APPROVED"
5/15/14
Date

William D. Quarles, Jr.
United States District Judge

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Erin L. Frazier and Defendant, Collection Technology, Inc. hereby stipulate to the dismissal of the above-captioned suit with prejudice. Each party shall bear its own costs and fees.

Dated: May 1, 2014

Erien F. Frazier
P.O. Box 25
Hagerstown, MD 21740
(410) 262-8690 (phone)
erienfrazier@gmail.com

*Pro Se Plaintiff*

Respectfully submitted,

Andrew J. Narod (Bar No. 29738)
LeClairRyan, a Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA 22314
(703) 647-5935 (phone)
(703) 647-5959 (facsimile)
andrew.narod@leclairryan.com

*Counsel for Collection Technology, Inc.*